1  KRISTINA M. DIAZ (SBN 151566)
   kristina.diaz@roll.com
2  MATTHEW D. MORAN (SBN 197075)
   matthew.moran@roll.com
3  JOHNNY TRABOULSI (SBN 211384)
   johnny.traboulsi@roll.com
4  BROOKE HAMMOND (SBN 264305)
   brook.hammond@roll.com
5  **ROLL LAW GROUP P.C.**
   11444 West Olympic Boulevard
6  Los Angeles, California 90064-1557
   Telephone: (310) 966-8400
7  Facsimile: (310) 966-8810

8  Attorneys for Defendants

9  MICHAEL LOUIS KELLY (SBN 82063)
   mlk@kirtlandpackard.com
10 BEHRAM V. PAREKH (SBN 180361)
   bvp@kirtlandpackard.com
11 JOSHUA A. FIELDS (SBN 242938)
   jf@kirtlandpackard.com
12 **KIRTLAND & PACKARD LLP**
   2041 Rosecrans Avenue, 3rd Floor
13 El Segundo, California 90245
   Telephone: (310) 536-1000
14 Facsimile: (310) 536-1001

15 Lead Counsel for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates To:<br>All Actions | Master File No.: 2:10-ml 2199-DDP (RZx)<br><br>**CV11-00053-DDP**<br><br>[MDL No. 2199]<br><br>Assigned to the Hon. Dean D. Pregerson<br><br>**ORDER RE DISMISSAL OF CLAIMS OF NAMED PLAINTIFFS JOHN CHAPMAN, ANNE HAYNES AND W. REX TEMPLETON** |

{2913614.1}

| | |
|---|---|
| 1 | This MDL proceeding and the individual actions <u>Chapman v. POM Wonderful LLC, et al.</u>, CV 10-09874, <u>Haynes v. POM Wonderful LLC, et al.</u>, CV 11-00053 and <u>W. Rex Templeton v. Pom Wonderful, LLC, et al.</u>, CV 12-02266 are dismissed with prejudice as to the named plaintiffs and without prejudice as to members of the putative classes with each side bearing their own fees and costs. |

**IT IS SO ORDERED**.

DATED: January 11, 2019

_____
Hon. Dean D. Pregerson
Judge of the United States District Court